**IT IS SO ORDERED.**

**SIGNED THIS: January 03, 2011**

_____
**MARY P. GORMAN**
**UNITED STATES BANKRUPTCY JUDGE**
_____

```
              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE: MARK D. WALLMAN            )
                                  )
Wells Fargo Bank, N.A./EMC        )
MORTGAGE CORPORATION ,            )
          Creditor,               )
                                  )
    vs.                           ) CASE NO. 10-72867
                                  ) JUDGE MARY P. GORMAN
MARK D. WALLMAN,                  )
          Debtor,                 )

                  ORDER MODIFYING STAY


THIS CAUSE COMING ON TO BE HEARD on the motion of Wells Fargo Bank,
N.A./EMC MORTGAGE CORPORATION, a Creditor herein, the Court having
jurisdiction over the parties and the subject matter and being duly
advised in the premises, and due Notice having been given to the parties
entitled thereto:

     IT IS HEREBY ORDERED that the Automatic Stay in the case is modified
and leave is hereby granted to Wells Fargo Bank, N.A./EMC MORTGAGE
CORPORATION and its successors and assigns to proceed with the foreclosure
```

of the Mortgage on the property located at: 3624 Chelsea Gardens Drive, Las Vegas, NV.

    Bankruptcy Rule 4001 (a)(3) is waived and not applicable.
    Any Claims and/or Stipulations filed by this Creditor are vacated.

    Debtor shall not be responsible for any personal deficiency that remains on this debt.

Pierce and Associates, P.C.
Attorneys for Creditor
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
312-346-9088
PA No: 10-7417

###